UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>MARGARET R. JOSE,<br><br>    Defendant. | No.  CR-05-2099-RHW-6<br><br>**FINAL ORDER OF FORFEITURE** |

Before the Court is the United States' Motion for Entry of a Final Order of Forfeiture, ECF No. 684. This motion was heard without oral argument. Having fully reviewed the motion and supporting documentation, the Court **grants** the motion and enters the following Final Order of Forfeiture.

The United States seeks a Final Order of Forfeiture in the above-entitled case. On April 19, 2013, the Court entered an Amended Order of Forfeiture, ECF No. 680, pursuant to the provisions of 18 U.S.C. § 1963(m) and Fed. R. Crim. P. 32.2, preliminarily forfeiting to the United States the following described asset:

> $30,000.00 U.S. funds seized on or about March 25, 2013, through April 4, 2013, from Sterling Savings Bank Account No. XXXXXXX7258 held in the name of Margaret R. Jose and Cecil T. Jose, dba Stubby Lake Smoke Shop.

Pursuant to 18 U.S.C. § 1963(l), the Court finds the resolution of all third-party claims to the property in the final order of forfeiture are resolved, as set forth below.

Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 21,

**FINAL ORDER OF FORFEITURE** * 1

2013, through May 20, 2013, as required by 18 U.S.C. § 1963(1)(1). ECF No. 683, 683-1, and 683-2. At the latest, the claim period expired on June 20, 2013. To date, no claims or petitions have been received or filed.

On or about May 1, 2013, Cecil T. Jose was served, via certified mail, return receipt requested, at his last known address with a copy of the Notice of Amended Order of Forfeiture, and the Amended Order of Forfeiture. ECF No. 681 and 681-1. Based upon the direct notice's service date, the last date to file a timely claim or petition was May 31, 2013. To date, no claim or petition has been received or filed.

On or about May 1, 2013, John Mahoney/Stubby Lake Smoke Shop, was served, via certified mail, return receipt requested, at his/its last known address with a copy of the Notice of Amended Order of Forfeiture, and the Amended Order of Forfeiture. ECF No. 682 and 682-1. Based upon the direct notice's service date, the last date to file a timely claim or petition was May 31, 2013. To date, no claim or petition has been received or filed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion for Entry of a Final Order of Forfeiture, ECF No. 684, is **GRANTED**.

2. The asset listed herein is hereby forfeited to the United States, and no interest exists in any other person or entity.

3. The United States shall dispose of the assets listed herein in accordance with the law.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel and Defendant Margaret R. Jose.

**DATED** this 26th day of June, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**FINAL ORDER OF FORFEITURE** * 2